# ROBERT L. ABELL
**ATTORNEY-AT-LAW**

_____

P.O. Box 983
Lexington, KY 40588
Phone: 859.254.7076
Fax: 859.281.6541
Email: Robert@RobertAbellLaw.com
www.RobertAbellLaw.com

August 15, 2024
**Via CM/ECF**

Hon. Kelly L. Stephens, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. 5th St.
Cincinnati, OH 45202-7000

Re:   *United States v. Christopher Goins*, No. 23-5848
        Argued March 21, 2024
        (Gibbons, Bush, Murphy, JJ.)

Dear Ms. Stephens:

Appellant Christopher Goins writes in response to the government's FRAP 28(j) letter filed August 13, 2024. R. 35.

The government has waived the argument that Goins's probation status renders constitutional his prosecution under 18 U.S.C. § 922(g)(1). Therefore, its reliance on *United States v. Moore*, No. 23-1843, 2024 WL 3629416 (3d Cir. Aug. 2, 2024), is misplaced. The government did not raise this argument in the district court. Neither did it raise the argument in its opening brief to this Court. Accordingly, the argument is waived. *United States v. Noble*, 762 F.3d 509, 527-28 (6th Cir. 2014).

Appellant relies on the points in his opening and reply brief in response to the government's citation to *United States v. Jackson*, No. 22-2870, 2024 WL 3711155 (8th Cir. Aug. 8, 2024), which rehashes arguments the parties have made already in their briefs.

Respectfully submitted,

/s/ Robert L. Abell
Robert L. Abell
Counsel for Appellant

## Certificate of Compliance

1. This letter complies with the type-volume limitation of FRAP 28(j), because the body of this letter contains 140 words.

2. This letter complies with the typeface requirements of FRAP 32(a)(5) and the type style requirements of Rule 32(a)(6) because this letter has been prepared in a proportionally spaced, 14-point serif typeface using Georgia font.

/s/ Robert L. Abell<br>Robert L. Abell

## Certificate of Service

I hereby certify that the foregoing was electronically filed with the Sixth Circuit's electronic filing system this 15th day of August 2024, that notice will be sent electronically by that system to All Counsel of Record.

/s/ Robert L. Abell
COUNSEL FOR APPELLANT